# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WORLD SMOKE SHOP, INC., a California corporation; IBRAHIM DABES, a German individual;<br><br>Plaintiffs,<br>v.<br><br>MYA SARAY, LLC, a Virginia limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01638-AG-DFM<br><br>Hon. Andrew J. Guilford<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**ORDER**

Pursuant to the Parties' Stipulation to Dismiss Entire Case With Prejudice Pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), and it appearing good cause has been shown,

IT IS HEREBY ORDERED that all of the claims in the above-captioned case are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: AUGUST 24, 2018

Hon. Andrew J. Guilford
United States District Judge

**[PROPOSED] ORDER**